No. 350. Brown, doing business as Brown Engineering Co., v. Mitchell, Secretary of Labor. C. A. 8th Cir. Certiorari denied. *Edgar Musgrave* and *Allen Whitfield* for petitioner. *Solicitor General Soboloff, Stuart Rothman, Bessie Margolin* and *Harry M. Leet* for respondent. *Milton I. Baldinger* filed a brief for the National Society of Professional Engineers, as *amicus curiae,* in support of the petition.

No. 353. Pennsylvania v. United States ex rel. Thompson. C. A. 3d Cir. Certiorari denied. *Herbert B. Cohen,* Attorney General of Pennsylvania, *Frank P. Lawley, Jr.,* Deputy Attorney General, and *Albert A. Fiok* for petitioner. *Louis C. Glasso* and *Zeno Fritz* for respondent.

No. 324. Warren County, Mississippi, v. Hester et al. Supreme Court of Louisiana. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *L. W. Brooks* for petitioner. *Fred S. LeBlanc,* Attorney General, *Carroll Buck,* Special Assistant Attorney General, *Victor A. Sachse, Chas. J. Rivet* and *Fred G. Hudson, Jr.* for respondents.

No. 345. Sterling v. Local 438, Liberty Association of Steam & Power Pipe Fitters & Helpers Association, et al. Court of Appeals of Maryland. Certiorari denied. *Louis R. Milio* for petitioner. *Max Sokol, Emanuel H. Horn, Martin F. O'Donoghue* and *Thomas X. Dunn* for respondents.

No. 36, Misc. White v. California. Supreme Court of California. Motion for leave to file brief of National